[No. 21393-1-II.     Division Two.     August 22, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID S. WALMSLEY, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 96-1-00788-7, James D. Roper, J., entered December 3, 1996. *Affirmed* by unpublished opinion per Bridgewater, A.C.J., concurred in by Morgan and Hunt, JJ.

[No. 34263-1-I.     Division One.     August 25, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW BYRON WRIGHT, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 93-1-03427-6, Bobbe J. Bridge, J., entered March 11, 1994. *Affirmed* by unpublished opinion per Baker, C.J., concurred in by Coleman and Grosse, JJ.

[No. 34495-1-I.     Division One.     August 25, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. SEAN T. SCHAFFER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 93-1-02680-0, Laura Inveen, J., entered April 4, 1994. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Grosse and Agid, JJ.

[No. 34709-8-I.     Division One.     August 25, 1997.]

RONALD D. BINGHAM, as *Administrator, Appellant*, v. TIMOTHY A. LECHNER, as *Trustee,* ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 93-2-24623-2, Robert S. Lasnik, J., entered May 18, 1994. *Affirmed in part* and *reversed in part* by unpublished opinion per Becker, J., concurred in by Grosse and Agid, JJ.